UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER J. MILLER,

    Plaintiff,

v.

SERGEANT M. SOTO,

    Defendant.

Case No. 20-cv-05386 NC (PR)

**ORDER OF TRANSFER**

Plaintiff, a California state inmate proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983. The events of which Plaintiff complains occurred primarily at California Valley State Prison, Chowchilla, which is located in Madera County. Madera County is located within the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue therefore is proper in the Eastern District of California. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk of the Court is directed to transfer the case forthwith.

    **IT IS SO ORDERED.**

DATED: August 11, 2020

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 20-cv-05386 NC (PR)
ORDER OF TRANSFER